# M. Cabrera & Associates, PC

## Attorneys At Law
### A New Jersey Professional Corporation

Mailing Address:  
2002 Route 17M Unit 12  
Goshen, NY 10924

Tel: (845) 531-5474  
Fax: (845) 230-6645  
info@mcablaw.com

Physical Address:  
2002 Route 17M Unit 12  
Rear Entrance - Lower Level  
Goshen, NY 10924

**MEMO ENDORSED**

Matthew M. Cabrera + Managing Attorney  
Joseph Reilly * + Supervising New York Attorney

+ Member NJ Bar  
* Member NY Bar

**VIA ECF LETTER**

March 23, 2020

Hon. Kenneth M. Karas  
The Hon. Charles L. Brieant Jr. Federal Building and  
United States Courthouse  
300 Quarropas St., Chambers 533  
White Plains, NY 10601-4150

  Re: *Town of Putnam Valley v. Alexander Bernard Kaspar*  
    Case No. 7:20-cv-00393 (KMK)

Dear Judge Karas:

  Pursuant to Part VI of your Individual Rule of Practice, Appellee Alexander Bernard Kaspar ("Kaspar") requests a 30-day extension of time to file his Appellee brief, making the new deadline April 24, 2020.

  Kaspar's current deadline to file his Appellee brief is March 25, 2020. There have been no prior requests, and counsel for the appellant, Mr. Lewis D. Wrobel, has consented to the request.

                Respectfully submitted,

                */s/ Matthew M. Cabrera*  
                Matthew M. Cabrera

Cc: All counsel of record (by ECF)

*Granted.*  
*So Ord'd —*  
[signature]  
3/23/20

## CERTIFICATE OF SERVICE

I hereby certify that on March 23, 2020, I electronically filed ALEXANDER KASPAR'S MOTION TO EXTEND TIME TO FILE APPELEE BRIEF with the United States District Court Southern District of New York by using the CM/ECF system.

I certify that all participants in this case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

/s/ Matthew M. Cabrera
Matthew M. Cabrera, Esq.
Counsel for Debtor - Appellee
