# MEMO ENDORSED

UNITED STATES DISTRICT COURT

Southern District of New York

---

Docket No. 7:20-CV-00393-KMK

TOWN OF PUTNAM VALLEY,

Creditor-Appellant

against

ALEXANDER BERNARD

Debtor-Appellee

---

On Appeal from U.S. Bankruptcy Court, Southern District of New York
Case No.: 18-36862-cgm.

### APPELLEE'S MOTION TO SUSPEND THE BRIEFING SCHEDULE PENDING RESOLUTION OF MOTION TO DISMISS APPEAL

Debtor-Appellee Alexander Bernard The Appellee ("the Appellee") respectfully moves before this Court pursuant to Federal Rules of Appellate Procedure 27 and Federal Rule of Bankruptcy Procedure 8013 and the reasons set forth herein, to suspend the briefing schedule entered March 25, 2020 until the Court rules on the Appellee's motion to dismiss the appeal filed by the Town of The Appellant.

> The briefing schedule in this appeal is temporarily suspended. Appellant is directed to Respond to Appellee's Motion To Dismiss (Dkt. No. 12) by 5/8/20.
>
> SO ORDERED
> KENNETH M. KARAS U.S.D.J.
> 4/23/20